# Third District Court of Appeal

## State of Florida

Opinion filed June 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2562
Lower Tribunal No. F04-33909B
_____

**Olson Pierre,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Bross & Savy, PLLC, and Bryan D. Savy (West Melbourne), for appellant.

James Uthmeier, Attorney General, and Ryan P. Schelwat, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LINDSEY and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Fla. R. Crim. P. 3.850(b)(1); Rivera v. State, 50 Fla. L. Weekly D2606 (Fla. 2d DCA Dec. 10, 2025) (rejecting similar untimely claim of juror concealment).